IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:18CB4 |
| --- | --- | --- |
| Plaintiff, | ) | Violation No.: 6483803 NE14 |
| vs. | ) | |
| BRYAN P. CARROLL, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue [19]. For good cause shown,

IT IS ORDERED that the government's Motion to Continue [19] is granted. The initial appearance is continued to July 31, 2018 at 9:00 a.m., before Magistrate Judge Susan M. Bazis, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

The defendant must be present, unless excused by the Court.

DATED this 8th day of June, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge